**Stacy M. HOLMQUEST, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75764.**

Missouri Court of Appeals, Western District.

Jan. 28, 2014.

Scott Thompson, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Stacy Holmquest appeals, following an evidentiary hearing, the denial of her Rule 29.15 motion for post-conviction relief. Holmquest raises two points on appeal: (1) trial counsel was ineffective for failing to move for a change of venue, which she claims was necessitated by abundant pretrial publicity; and (2) appellate counsel was ineffective for failing to raise a claim on direct appeal challenging either the trial court's failure to sua sponte change the venue or trial counsel's failure to request a change of venue. Finding no merit in either claim, we affirm. Rule 84.16(b).